No. 433. LYONS *v.* OKLAHOMA. November 22, 1943. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma granted. *Mr. Thurgood Marshall* for petitioner.

No. 435. BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES ET AL. *v.* UNITED TRANSPORT SERVICE EMPLOYEES ET AL. See *ante*, p. 715.

No. 119. MILLER *v.* UNITED STATES. December 6, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Gerhard A. Gesell* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Berge, Mr. Oscar A. Provost,* and *Miss Melva M. Graney* for the United States.

No. 398. HAZEL-ATLAS GLASS Co. *v.* HARTFORD-EMPIRE Co.; and

No. 423. SHAWKEE MANUFACTURING Co. ET AL. *v.* HARTFORD-EMPIRE Co. December 13, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Stephen H. Philbin* and *Henry R. Ashton* for petitioner in No. 398; and *Mr. William B. Jaspert* for petitioners in No. 423. *Messrs. Walter J. Blenko, Francis W. Cole, Edgar J. Goodrich,* and *James M. Carlisle* for respondent. Reported below: 137 F. 2d 764.